UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEAIR BOYD,<br><br>   Plaintiff,<br><br>   v.<br><br>HENRY, et al.,<br><br>   Defendants. | Case No.: 2:23-cv-01022-CDS-VCF<br><br>**ORDER** |

On July 18, 2023, this Court ordered plaintiff Keair Boyd to either pay the full $402 filing fee for a civil action or file a fully complete application to proceed *in forma pauperis* with all three required documents by September 18, 2023. (ECF No. 5). Before that deadline expired, Plaintiff filed, among other documents, an application to proceed *in forma pauperis* that is incomplete because Plaintiff failed to include a financial certificate and an inmate trust fund account statement for the previous six-month period with the application. (ECF No. 6 at 9–11). Considering the foregoing, the Court grants Plaintiff a second extension of time to either pay the required filing fee or file a new fully complete application to proceed *in forma pauperis*.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 6) is denied without prejudice.

It is further ordered that Plaintiff has until October 2, 2023, to ether pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3; (2) a completed financial certificate that is signed both by the inmate and the prison or jail official; and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to resend Plaintiff Keion Boyd the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: 8-16-2023

_____
UNITED STATES MAGISTRATE JUDGE